IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


VALENTINA DUBITSKAYA,

          Plaintiff,

  vs.                                  Civil Action 2:11-CV-761
                                        Judge Frost
                                        Magistrate Judge King


COMMISSIONER OF SOCIAL SECURITY,

          Defendant.


REPORT AND RECOMMENDATION

     The parties have jointly moved to remand the action, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further administrative proceedings.  Doc. No. 15.

     It is **RECOMMENDED** that the parties' joint motion to remand, Doc. No. 15, be **GRANTED.**

     If any party seeks review by the District Judge of this *Report and Recommendation*, that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation*, specifically designating this *Report and Recommendation*, and the part thereof in question, as well as the basis for objection thereto.  28 U.S.C. §636(b)(1); F.R. Civ. P. 72(b).  Response to objections must be filed within fourteen (14) days after being served with a copy thereof.  F.R. Civ. P. 72(b).

     The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the

decision of the District Court adopting the *Report and Recommendation.*
*See Thomas v. Arn*, 474 U.S. 140 (1985); *Smith v. Detroit Federation
of Teachers, Local 231 etc.*, 829 F.2d 1370 (6th Cir. 1987); *United
States v. Walters*,  638 F.2d 947 (6th Cir. 1981).


April 27, 2012                                  *s/Norah McCann King*
 (Date)                                   Norah McCann King
                                   United States Magistrate Judge

2