IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**VALENTINA DUBITSKAYA,**

    **Plaintiff,**

  **vs.**                                       **Civil Action 2:11-CV-761**
                                                      **Judge Frost**
                                                      **Magistrate Judge King**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## REPORT AND RECOMMENDATION

The parties have jointly moved to remand the action, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further administrative proceedings. Doc. No. 15.

It is **RECOMMENDED** that the parties' joint motion to remand, Doc. No. 15, be **GRANTED**.

If any party seeks review by the District Judge of this *Report and Recommendation*, that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation*, specifically designating this *Report and Recommendation*, and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. §636(b)(1); F.R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy thereof. F.R. Civ. P. 72(b).

The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the

decision of the District Court adopting the *Report and Recommendation.* *See Thomas v. Arn*, 474 U.S. 140 (1985); *Smith v. Detroit Federation of Teachers, Local 231 etc.*, 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).


April 27, 2012                               *s/Norah McCann King*
 (Date)                                      Norah M<sup>c</sup>Cann King
                                            United States Magistrate Judge