**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**VALENTINA DUBITSKAYA,**

       **Plaintiff,**

  **vs.**                                            **Civil Action 2:11-CV-761
Judge Frost
Magistrate Judge King**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

<u>ORDER</u>

On April 27, 2012, the United States Magistrate Judge recommended that the parties' joint motion to remand the action, Doc. No. 15, be granted.  *Report and Recommendation,* Doc. No. 16.  There has been no objection to that recommendation.

The *Report and Recommendation*, Doc. No. 16, is **ADOPTED AND AFFIRMED.**

The parties' joint motion to remand, Doc. No. 15, is **GRANTED**. This matter is **REMANDED** to the Commissioner of Social Security pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further administrative proceedings.

The Clerk shall enter **FINAL JUDGMENT** accordingly.

                                                              /s/ Gregory L. Frost
                                                                  Gregory L. Frost
                                                      United States District Judge