```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

**VALENTINA DUBITSKAYA,**

       **Plaintiff,**

  vs.                                        Civil Action 2:11-CV-761
                                                 Judge Frost
                                                 Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## ORDER

On April 27, 2012, the United States Magistrate Judge recommended that the parties' joint motion to remand the action, Doc. No. 15, be granted. *Report and Recommendation,* Doc. No. 16. There has been no objection to that recommendation.

The *Report and Recommendation*, Doc. No. 16, is **ADOPTED AND AFFIRMED.**

The parties' joint motion to remand, Doc. No. 15, is **GRANTED.** This matter is **REMANDED** to the Commissioner of Social Security pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further administrative proceedings.

The Clerk shall enter **FINAL JUDGMENT** accordingly.

                                                 /s/ Gregory L. Frost
                                                   Gregory L. Frost
                                         United States District Judge